CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

NOV 04 2005

JOHN F. CORCORAN, CLERK
BY: _____
        DEPUTY CLERK

| | | |
|---|---|---|
| **JERRY D. SAYERS,** | ) | |
| **Petitioner,** | ) | **Civil Action No. 7:05CV0000611** |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **TAZEWELL COUNTY,** | ) | **By: Hon. Glen E. Conrad** |
| **Respondent.** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ORDERED

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is

**DISMISSED** without prejudice and stricken from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying

memorandum opinion to the petitioner and counsel of record for the respondent.

**ENTER**:     This 4th day of November, 2005.

_____
United States District Judge